IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING CORPORATION, a Delaware corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 02-4033-GPM ) |
| HAL D. HICKS, an individual, MIDWEST TRANSIT, INC., an Illinois corporation, and DONALD HOAGLAND, as interim receiver for Midwest Transit, Inc., | ) ) ) ) ) |
| Defendants. | ) ) |
| HAL D. HICKS, an individual, | ) ) |
| Cross-Claim Plaintiff/ Cross-Claim Defendant, | ) ) ) |
| vs. | ) ) |
| MIDWEST TRANSIT, INC., an Illinois corporation, and DONALD HOAGLAND, as interim receiver for Midwest Transit, Inc., | ) ) ) ) ) |
| Cross-Claim Defendants/ Cross-Claim Plaintiffs. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that the claims by Plaintiff against Hal D. Hicks are **DISMISSED with prejudice** pursuant to the parties' stipulation of dismissal (Doc. 137)

and the Order entered on September 21, 2004 (Doc. 138). All claims in Plaintiff's complaint are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's August 31, 2005 Memorandum and Order (Doc. 172), Counts I, II, III, V, and VII of the amended cross-claim by Hal D. Hicks against Midwest Transit, Inc., and Donald Hoagland (Doc. 83) are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the joint stipulation filed on October 25, 2005 (Doc. 174), judgment is entered in favor of Hal D. Hicks and against Midwest Transit, Inc., and Donald Hoagland on Count IV of the amended cross-claim in the amount of **$202,500.00**. This amount will serve as a credit to the judgment entered against Hicks in Case No. 00-L-2 in the Circuit Court for the Second Judicial Circuit, Lawrence County, Illinois (the "Lawrence County case"), in the amount of $21,800,594.45. Pursuant to the parties' stipulation, interest will accrue at a rate of 8% from the date of the filing of this lawsuit, February 8, 2002, until the credit against the judgment in the Lawrence County case can be applied (when all parties' appellate rights have been exhausted).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the parties' stipulation (Doc. 174), the monetary judgment on Count IV of the amended cross-claim set forth above may not be enforced, executed, or collected so long as any portion of the judgment in the Lawrence County case remains in force and unsatisfied. If, however, the judgment in the Lawrence County case is vacated, reversed, or modified in any manner which creates a judgment in favor of Hicks, this judgment shall immediately become enforceable.

**IT IS FURTHER ORDERED AND ADJUDGED** that the cross-claim by Donald

Hoagland and Midwest Transit, Inc., against Hal D. Hicks (Doc. 162) is **DISMISSED with prejudice** pursuant to the parties' stipulation (Doc. 174).

      **IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their own costs.

    **DATED**:  11/04/05

                                                NORBERT G. JAWORSKI, CLERK

                                                By:  s/ Linda M. Cook
                                                      Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                G. PATRICK MURPHY
                CHIEF U.S. DISTRICT JUDGE